

PD-1573-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/25/2015 3:54:24 PM
Accepted 2/27/2015 4:48:15 PM
ABEL ACOSTA
CLERK

## DISTRICT ATTORNEY'S OFFICE

Fort Bend County, Texas

JOHN F. HEALEY, JR.
District Attorney

(281) 341-4460
Fax (281) 238-3340

February 24, 2015

Able Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308
Austin, TX 78711

FILED IN
COURT OF CRIMINAL APPEALS

February 27, 2015

ABEL ACOSTA, CLERK

Re:     Damon Dove v. Texas
        No. PD-1573-14

Dear Mr. Acosta:

The State believes the decision of the court of appeals is correct and that discretionary review should be refused. Therefore, the State waives its right to reply to Appellant's petition for discretionary review and reserves the right to file a brief on the merits should the Court grant the petition.

Please bring this waiver letter to the attention of the Court, and file it amongst the papers of the above-referenced cause. Thank you for your kind assistance in these matters.

Sincerely,

John F. Healey, District Attorney, 268th Judicial District

/s/ Chad E. Bridges
Chad E. Bridges
SBOT 00790369
Assistant District Attorney

cc:     Mr. Damon Dove, pro se
        via certified mail, return receipt requested

Mailing: 301 Jackson • 1422 Eugene Heimann Circle, Suite 20234 • Richmond, Texas 77469-3108